United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| TEJINDAR P. SINGH, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> INDYMAC BANK, F.S.B., *et al.*, <br><br> Defendants. | Case No. 19-cv-05758-LB <br><br> **ORDER DISMISSING CASE** <br><br> Re: ECF No. 1 |

In this lawsuit, the plaintiffs asked to enjoin the defendants from foreclosing on their real property.[1] The defendants moved to dismiss the complaint, and on November 15, 2019, the court dismissed the complaint with leave to amend within 21 days and advised the plaintiffs that if they did not file an amended complaint, the court would dismiss the case and enter judgment in favor of the defendants.[2] The plaintiffs did not file an amended complaint. The court thus dismisses the case.

**IT IS SO ORDERED.**

Dated: December 9, 2019

_____
LAUREL BEELER
United States Magistrate Judge

---

[1] Compl. – Ex. 1 to Notice of Removal – ECF No. 1. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Order – ECF No. 19 at 10.

ORDER – No. 19-cv-05758-LB